

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Verdict

UNITED STATES OF AMERICA

v.                                    Criminal No. 3:10CR00134-01

ALLEN RYAN ALLEYNE

We, the jury, find the Defendant, ALLEN RYAN ALLEYNE,

__Guilty_____ as charged in Count One of the Indictment.
(Guilty or Not Guilty)

__Guilty_____ as charged in Count Two of the Indictment.
(Guilty or Not Guilty)

If the jury finds the defendant Guilty as to Count Two, please answer the following:

In relation to Count 2, we the jury unanimously find that the defendant:

__✓__ Used or carried a firearm during and in relation to a crime of violence.

_____ Possessed a firearm in furtherance of a crime of violence.

_____ Brandished a firearm in connection with the crime of violence.

__9-7-2010__                              __T. Moore__
Date                                      Foreperson's Signature